EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2009 TSPR 130 |
|---|---|
| Rosendo De Jesús Ortiz | 176 DPR _____ |

Número del Caso: TS-14831

Fecha: 11 de agosto de 2009

Abogado de la parte Peticionaria:

Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Rosendo De Jesús Ortiz            TS-14831

Sala Especial de Verano integrada por el Juez Asociado señor Rivera Pérez como su Presidente, la Juez Asociada señora Rodríguez Rodríguez y la Jueza Asociada señora Pabón Charneco.

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de agosto de 2009

Examinada la *Moción de Reinstalación* presentada por el peticionario de epígrafe, se le reinstala a la práctica de la abogacía y se le concede un término de veinte (20) días a la Oficina de Inspección de Notarías, contados a partir de la notificación de esta Resolución, para que emita un Informe sobre su obra notarial.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo